```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA         *         CRIMINAL DOCKET

VERSUS                           *         NO: 06-354

SHAUN WATERS                     *         SECTION: "D"(5)
```

### ORDER AND REASONS

Before the court is the **"Motion for Relief Via, Modification of an Imposed Term of Imprisonment Pursuant to 18 U.S.C. §3582(c)(2) and Motion to Proceed In Forma Pauperis"** (Doc. No. 133) filed by Movant, Shaun Waters, on April 16, 2008. As previously set forth on the Order denying Waters' Motion for Sentence Reduction Pursuant to 18 U.S.C. §3582(c)(2), the court finds that "Shaun Waters is ineligible for 3582 sentence reduction as he is a career offender." (*See* Order, Doc. No. 130, entered on April 11, 2008). Accordingly;

**IT IS ORDERED** that the **"Motion for Relief Via, Modification of an Imposed Term of Imprisonment Pursuant to 18 U.S.C. §3582(c)(2) and Motion to Proceed In Forma Pauperis"** (Doc. No. 133) filed by Shaun Waters, be and is hereby **DENIED**.

New Orleans, Louisiana, this **23rd** day of **April**, **2008**.

```
                          _____
                                  A.J. McNAMARA
                          UNITED STATES DISTRICT JUDGE
```